IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DORDLY BAPTISTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 09-00546-WS-N |
| | ) | |
| CO ANDERSON, et al., | ) | |
| | ) | |
| Defendant. | ) | |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Order.

DONE this 24th day of February, 2010.

                                                    s/WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE